MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2022

WILLIAM DEVINNEY

BRIGLIAHULDLEY PC

1921 GALLOWS ROAD
SUITE 750
TYSONS CORNER, VA 22182

(703) 489-0587

WDEVINNEY@BRIGLIAHUNDLEY.COM

March 31, 2022

**Via Electronic Mail**

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   J.M., et al. v. New York City Department Of Education, Case No. 1:22-cv-00809

Judge Caproni,

I am writing on behalf of Plaintiff in *J.M. v. New York City Department of Education*, Case No. 1:22-cv-00809, to request that the Court adjourn the initial pre-trial conference currently scheduled for April 8, 2022, as well as submission of the parties' joint letter and case management plan.

Plaintiff attempted to serve Defendant in this matter the day after filing his Complaint, but later learned that service was ineffective. Plaintiffs reserved Defendant on March 25, 2022, so Defendant's answer is not due until April 15, 2022. Thus, Plaintiff requests that the Court adjourn the initial pre-trial conference and the filing of the parties' joint letter and case management plan until some time after April 15, 2022. Although the New York Law Department has not yet appeared in this case, I spoke to Jon Pines, Chief of the General Litigation Division, and he does not object to Plaintiff's request.

Thank you.

Sincerely,

*William DeVinney*

William DeVinney
BRIGLIA HUNDLEY, P.C.

Application GRANTED. The initial pretrial conference scheduled for April 8, 2022 is ADJOURNED to **April 29, 2022 at 11:30 a.m.** The parties' joint submission is due by **April 21, 2022**. The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 0809.

SO ORDERED.

*Valerie Caproni*                    3/31/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE