```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Jas. M., individually and on behalf of J.M,  :
:
                           Plaintiff, :
       -against- :
:   22-cv-0809 (VEC)
NEW YORK CITY DEPARTMENT OF :
EDUCATION, :   ORDER
:
                       Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 14, 2022, the Court issued a 30-day order in light of the parties' settlement, *see* Dkt. 26;

    WHEREAS, pursuant to that same order, the parties had 30 days (i.e., until December 14, 2022) to request that the Court retain jurisdiction over the parties' settlement agreement for enforcement purposes, *see id.*; and

    WHEREAS on January 20, 2023, the parties submitted a proposed stipulation of settlement and order of dismissal, more than 60 days after the parties' settlement, *see* Dkt. 27.

    IT IS HEREBY ORDERED that the Court declines to retain jurisdiction over the parties' settlement, as the proposed agreement was submitted untimely and without a showing of good cause for the delay.

**SO ORDERED.**

**Date: January 23, 2023**
       **New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**